UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY HIRSCHHORN,<br><br>        Plaintiff,<br><br>-against-<br><br>FAMILY HEALTH INSTITUTE, INC.,<br><br>        Defendant. | ECF Case<br><br>**DEFENDANT'S RULE 7.1 STATEMENT**<br><br>Index No. 16 Civ. 6288 (RJS) |

Defendant, Family Health Institute, Inc. ("Family Health"), by and through its attorneys, Arent Fox LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       October 31, 2016

Respectfully submitted,

ARENT FOX LLP

By:   /s/ *Darrell S. Gay*
      Darrell S. Gay
      Mohammed T. Farooqui
      1675 Broadway
      New York, New York 10019
      Telephone: (212) 484-3900
      Facsimile: (212) 484-3990
      E-mail: darrell.gay@arentfox.com
             mohammed.farooqui@arentfox.com
     *Attorneys for Defendant*
     Family Health Institute, Inc.